ASBURY v. CITY OF RALEIGH

No. 402PC

Case below: 48 N.C. App. 56

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 October 1980.


BURCL v. HOSPITAL

No. 305PC

No. 146 (Fall Term)

Case below: 47 N.C. App. 127

Petition by plaintiff for reconsideration of the denial of discretionary review under G.S. 7A-31 (See 301 N.C. 86) allowed 7 October 1980.


CITY OF WINSTON-SALEM v. CONCRETE CO.

No. 386PC

Case below: 47 N.C. App. 405

Petition by plaintiff and intervenors for discretionary review under G.S. 7A-31 denied 7 October 1980.


CURRITUCK COUNTY v. WILLEY

No. 269PC

Case below: 46 N.C. App. 835

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 October 1980.


DAVIS v. SILOO INC.

No. 354PC

Case below: 47 N.C. App. 237

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 October 1980.